UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAMERMODZ, LLC,

    Plaintiff,

vs.                            Case No. 8:10-cv-1466-T-27TGW

MICHAIL GOLUBEV, et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Defendants' Unopposed Motion for Entry of Order Extending Discovery Deadline Only (Dkt. 27). Upon consideration, the motion is **GRANTED** and the deadlines in the Case Management and Scheduling Order (Dkt. 27) are extended as follows:

1) Discovery cut-off is **April 15, 2011.**

2) Dispositive/*Daubert* motion deadline is **May 16, 2011.**

Other deadlines remain in effect.

**DONE AND ORDERED** in chambers this 3rd day of March, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record